PD-0235-15 & PD-0236-15

PD-0235&0236
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/27/2015 5:41:45 PM
Accepted 3/2/2015 11:48:22 AM
ABEL ACOSTA
CLERK

NO.  PD-_____ AND PD-_____

## IN THE COURT OF CRIMINAL APPEALS OF THE STATE OF TEXAS

**ELIAS ESEQUIEL VASQUEZ, Appellant**

**vs.**

**THE STATE OF TEXAS, Appellee**

**APPELLANT VASQUEZ'S MOTION
FOR EXTENSION OF TIME TO FILE PDR IN APPELLATE
CAUSE NOS. 04-13-00338-CR AND 04-13-00339-CR**

**Respectfully submitted by
Appellant's attorney,**

**VICTORIA GUERRA
Texas Bar No. 08578900
3219 N. McColl Rd.
McAllen, Texas  78501
(956) 618-2609
(956) 618-2553 Fax**

FILED IN
COURT OF CRIMINAL APPEALS

March 2, 2015

ABEL ACOSTA, CLERK

MAY IT PLEASE THE COURT:

COMES NOW Elias Esequiel Vasquez, Appellant in the above styled cause, and files this motion for extension of time to file his PDRs, and would show this Court the following:

At 2:00 a.m. on February 18, 2015, the Undersigned filed an appellant's brief in the Thirteenth Court of Appeals in the case of *State v. Chakravarthy*, Cause No. 13-14-00086-CR. Its record consisted of over 8,000 pages and the brief contained over 9 issues, plus sub-parts. At 4:00 a.m., the Undersigned had to go to Austin to attend a mandatory training for Independent Hearing Examiners for the Texas Education Agency. The Undersigned stayed in Austin the rest of that week taking care of sundry business matters. The Undersigned returned from Austin on February 22, 2015. Up to today, the Undersigned has been catching up with her many other cases that were put on the back burner until the aforementioned brief was filed. As such, Appellant seeks an extension of time to file this PDR to this day, February 27, 2015.

WHEREFORE, Appellant prays that this Court grant his motion for extension of time to file his PDRs.

Respectfully submitted,

Law Office of Victoria Guerra
3219 N. McColl Rd.
McAllen, Texas 78501
(956) 618-2609
(956) 618-2553 (facsimile)


By:   */s/ Victoria Guerra*
Victoria Guerra
State Bar Number: 0857900
Appellate Attorney for Appellant


## CERTIFICATE OF SERVICE

On this 27th day February, 2015, the undersigned delivered a copy of the foregoing Appellant's motion for extension of time to file Appellant's brief to Appellee's Counsel jaolson_ccda@yahoo.com or his facsimile: 210-858-6780 and to the State Prosecuting Attorney at its fax:  (512) 463-5724.

*/s/ Victoria Guerra*
Victoria Guerra, Attorney for Appellant

## CERTIFICATION OF COMPLIANCE

In compliance with TRAP 9.4(i)(3), the undersigned certifies that the number of words in this brief, excluding those matters listed in Rule 9.4(i)(l), is 191.

*/s/ Victoria Guerra*
Victoria Guerra